UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-62709-CIV-DIMITROULEAS

CARLOS HUMBERTO PEREZ PAGOAGA,

Plaintiff,

vs.

MSC CRUISES, S.A.

Defendant.
_____________________________________/

**ORDER ADOPTING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION; STAYING PROCEEDINGS**

THIS CAUSE is before the Court on Defendant MSC Cruises S.A.'s Motion to Dismiss and Compel Arbitration [DE 3], filed herein December 31, 2025, and the August 4, 2026 Report and Recommendation of United States Magistrate Judge Hunt (the "Report") [DE 20]. The Court has conducted a *de novo* review of the Report [DE 20], the record, Plaintiff Carlos Humberto Perez Pagoaga's Objections to the Magistrate Judge's Report and Recommendation [DE 21] and is otherwise fully advised in the premises.

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific objection to a finding in the report and recommendation, the district court must conduct a *de*

*novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; see also 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1).

Accordingly, the Court has undertaken a *de novo* review of the record, Plaintiff's Objections to Report and Recommendation and Defendant's Response thereto. Upon the Court's careful review, the Court agrees with the Magistrate Judge's thorough analysis and conclusions as set forth in the Report [DE 20].

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 20] is hereby **APPROVED**;
2. Plaintiff's Objections [DE 21] to the Magistrate Judge's Report and Recommendation [DE 20] are **OVERRULED**;
3. The Motion [DE 3] is **GRANTED IN PART** to the extent that Parties are ordered to submit the claims presented in this suit to arbitration.
4. This action is hereby **STAYED** pending arbitration;
5. Parties are **DIRECTED** to file a status report indicating the status of arbitration by November 27, 2026 and every 90 days thereafter.
6. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of August, 2026.

William P. Dimitrouleas

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:

Counsel of Record

Magistrate Judge Hunt